**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KAREN ANN NARITA, | ) | Case No. EDCV 08-89 DSF (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DEBORAH L. PATRICK (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 3/24/11

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge

1